AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 15, 2002 |
| NAME OF SERVER *(PRINT)* <br> SANDY SCHMITT | TITLE <br> PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):  Served Boise Cascade Corporation by Serving on R.B. Kading, CT Corp., Registered Agent by delivering to and leaving with Shelley Aldrich, Receptionist for R.B. Kading.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $9.10 | $30.00 Service Fee, $15.00 Rush Fee | $54.10 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 15, 2002         *Sandy Schmitt*
                   Date             Signature of Server

ATTORNEYS SERVICE BUREAU
PO BOX 190111
BOISE, ID   83719    (208) 362-4800
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.