IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAINTEED CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CASCADE CORPORATION,<br><br>Defendant. | Civil Action No. 02-2677 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY D. NEUMEYER, ASSOCIATE GENERAL COUNSEL FOR DEFENDANT BOISE CASCADE CORPORATION

Attorney Thomas D. Smith, an active member in good standing of the bar of this Court and who has entered an appearance in this action on behalf of Defendant Boise Cascade Corporation, hereby moves this Court for an order permitting Jeffrey D. Neumeyer to appear *pro hac vice* in the above-entitled action as counsel for Defendant Boise Cascade Corporation.

Attached in support of this Motion is the Affidavit of Jeffrey D. Neumeyer (Tab 1) stating that he is a member in good standing of the bar of the State of Idaho, the Supreme Court of Idaho, and the United States District Court for the District of Idaho.

In presenting this Motion, Thomas D. Smith represents that the law firm of

-2-

Woodcock Washburn LLP will meaningfully participate in the preparation and trial of this case.

DATED this 28th day of June 2002.

*/s/ Thomas D. Smith*
John P. Donohue, Jr., Esq.
Thomas D. Smith, Esq.
Denise I. Mroz, Esq.
WOODCOCK WASHBURN LLP
One Liberty Place – 46th Floor
17th and Market Streets
Philadelphia, PA  19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2002, I caused to be served a true copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY D. NEUMEYER, ASSOCIATE GENERAL COUNSEL FOR DEFENDANT BOISE CASCADE CORPORATION and AFFIDAVIT OF JEFFREY D. NEUMEYER, by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Roberta Jacobs-Meadway, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | ✓<br>___<br>___<br>___ | U.S. MAIL<br>HAND-DELIVERED<br>OVERNIGHT MAIL<br>TELECOPY (FAX) |
| Bruce P. Keller, Esq.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, New York 10022 | ✓<br>___<br>___<br>___ | U.S. MAIL<br>HAND-DELIVERED<br>OVERNIGHT MAIL<br>TELECOPY (FAX) |

*[signature]*