IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAINTEED CORPORATION, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>BOISE CASCADE CORPORATION, )<br>)<br>Defendant. ) | Civ. Action No. 02-2677<br><br>Hon. William H. Yohn |

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** 

CertainTeed Corporation ("Plaintiff"), by its undersigned counsel, hereby requests that Bruce P. Keller and Wendy Lang Kaplowitz be admitted to the bar of the United States District Court for the Eastern District of Pennsylvania *pro hac vice* to assist in the representation of Plaintiff in this matter. Mr. Keller and Ms. Kaplowitz are members of the firm of Debevoise and Plimpton of New York, New York.

1. Mr. Keller has been a member in good standing of the New York bar since his admission in 1979. He has been admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Federal Circuit, and the U.S. District Court of Columbia. (A supporting affidavit attesting to these facts is attached as Exhibit A.)

2. Ms. Kaplowitz has been a member in good standing of the New York bar since her admission in 2000. (A supporting affidavit attesting to this fact is attached as Exhibit B.)

3. Ballard Spahr Andrews & Ingersoll will remain associated with admitted counsel in representing Plaintiff, and will meaningfully participate in the preparation and trial of this case.

WHEREFORE, Plaintiff respectfully requests that the Court admit Bruce P. Keller and Wendy Lang Kaplowitz *pro hac vice* to appear in this matter.

        Roberta Jacobs-Meadway
        Lynn Rzonca
        Richard Peirce
        BALLARD SPAHR ANDREWS & INGERSOLL, LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103
        (215) 665-8500

        Attorneys for Plaintiff CertainTeed Corporation

Date:  July 24, 2002

CERTIFICATE OF SERVICE

    I, Lynn Rzonca, an attorney, certify that a true and correct copy of the foregoing Plaintiff's Motion for Admission of Counsel *Pro Hac Vice* was served on counsel for the Defendant on the date listed below via hand delivery:

Thomas D. Smith
Woodcock Washburn
One Liberty Place, 46th Floor
Philadelphia, PA 19013.

_____
Lynn Rzonca

Dated:_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CERTAINTEED CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civ. Action No. 02-2677** |
| v. ) | |
| ) | **Hon. William H. Yohn** |
| **BOISE CASCADE CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter having come before the Honorable William H. Yohn, Jr. on Plaintiff's Motion for the Admission *Pro Hac Vice* of Bruce P. Keller and Wendy Lang Kaplowitz, and the Court having reviewed the Motion and the Affidavit of Mr. Keller and Ms. Kaplowitz, and the Court having found that Plaintiff has shown good cause for granting the Motion,

It is hereby ORDERED that the Motion is GRANTED; and

It is hereby ORDERED that Bruce P. Keller and Wendy Lang Kaplowitz may appear and participate in the above-captioned matter as counsel *pro hac vice* for Plaintiff CertainTeed Corporation.

Dated this _____ day of July 2002.    _____
                                                The Honorable William H. Yohn, Jr.