IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTAINTEED CORPORATION          :
                                 :    Civil Action No. 02-CV-02677 (WHY)
          Plaintiff,         :
                                 :
v.                               :
                                 :
BOISE CASCADE CORPORATION,       :
                                 :
          Defendant.         :

FILED SEP 19 2002

### ENTRY OF APPEARANCE

TO THE CLERK: Kindly enter the appearance of the undersigned on behalf of defendant, Boise Cascade Corporation, Inc., in the above action.

Dated: September 19, 2002

_____
David L. Grove (Pa. ID No. 14264)
James D. Cashel, Esquire (Pa. I.D. No. 72056)
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500
(215) 772-7620 (facsimile)

839807v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date he caused a copy of the foregoing Entry of Appearance to be served upon the following by first class mail, proper postage prepaid:

Bruce P. Keller, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Roberta Jacobs-Meadway, Esquire
Lynn E. Rzonca, Esquire
Richard Pierce, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

September 19, 2002

_____
James D. Cashel

839807v1