IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAINTEED CORPORATION : | |
| : | Civil Action No. 02-CV-02677 (WHY) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BOISE CASCADE CORPORATION, : | |
| : | |
| Defendant. : | |

ORDER GRANTING ADMISSION
*PRO HAC VICE*

AND NOW, this ____ day of _____, 2002, it is ORDERED that the motion for admission *pro hac vice* of Ramsey M. Al-Salam and William D. Fisher is hereby GRANTED.

BY THE COURT:

_____
William H. Yohn, Jr., J.

839816v1

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTAINTEED CORPORATION : | |
| : | Civil Action No. 02-CV-02677 (WHY) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BOISE CASCADE CORPORATION, : | |
| : | |
| Defendant. : | |

MOTION FOR ADMISSION
*PRO HAC VICE*

I, James D. Cashel, being a member of the bar of the Court and counsel for defendant Boise Cascade Corporation in the above action, move the Court to admit *pro hac vice* Ramsey M. Al-Salam and William D. Fisher, and in support of said motion state that:

1. Ramsey M. Al-Salam is a partner and William D. Fisher is an associate in the firm of Perkins Coie, LLP, with address and telephone and facsimile numbers as follows:

   Perkins Coie LLP
   1201 Third Avenue, Suite 4800
   Seattle, WA 98101-3099
   Phone: 206-583-8888
   Fax: 206-583-8500

2. Mr. Al-Salam is admitted to practice before the highest court of the State of Washington and is a member in good standing of the Washington bar, is admitted to practice before the highest court of the State of California and is currently an inactive member of the California bar, and is admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Courts for the Eastern and Western Districts of Washington and the Central District of California.

839816v1

-2-

3. Mr. Fisher is admitted to practice before the highest court of the State of Washington, is a member in good standing of the Washington bar, and is admitted to practice before the U.S. Court of Appeals for the Ninth Circuit and the U.S. District Court for the Western District of Washington.

4. Mr. Al-Salam and Mr. Fisher are not subject to disciplinary proceedings in any jurisdiction.

                                           Respectfully submitted,

Dated: September 19, 2002

David L. Grove (Pa. ID No. 14264)
James D. Cashel (Pa. I.D. No. 72056)
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500
(215) 772-7620 (facsimile)

839816v1

-2-

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date he caused a copy of the foregoing Motion for Admission *pro hac vice* to be served upon the following by first class mail, proper postage prepaid:

Bruce P. Keller, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Roberta Jacobs-Meadway, Esquire
Lynn E. Rzonca, Esquire
Richard Pierce, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

September 19, 2002

_____
James D. Cashel