IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CERTAINTEED CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**BOISE CASCADE CORPORATION,**<br><br>Defendant. | Civil Action No. 02-2677<br><br>Honorable William H. Yohn, Jr. |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF
### JOHN P. DONOHUE, JR., THOMAS D. SMITH AND DENISE I. MROZ
### FOR DEFENDANT BOISE CASCADE CORPORATION

Attorneys, John P. Donohue, Jr., Thomas D. Smith, Denise I. Mroz and the law firm of Woodcock Washburn, LLP, who have previously entered an appearance in this action on behalf of Defendant Boise Cascade Corporation, hereby move this Court for an order permitting them to withdraw as counsel of record for defendant.

Civil L.R 5.1(c) provides that "An attorney's appearance may not be withdrawn except by leave of court, unless another attorney of this court at the same time enter an appearance for the same party." As of September 19, 2002, it appears that at least James D. Cashel, Esq. and the law firm of Montgomery, McCracken, Walker & Rhoads, LLP have entered their appearance on behalf of the defendant in this matter. Accordingly, Rule 5.1(c) is satisfied.

DATED this 20th day of September 2002.

                                        John P. Donohue, Jr., Esq.
Thomas D. Smith, Esq.
Denise I. Mroz, Esq.
WOODCOCK WASHBURN LLP
One Liberty Place – 46th Floor
17th and Market Streets
Philadelphia, PA  19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September 2002, I caused to be served a true copy of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE OF JOHN P. DONOHUE, JR., THOMAS D. SMITH AND DENISE I. MROZ FOR DEFENDANT BOISE CASCADE CORPORATION, by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Roberta Jacobs-Meadway, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | ✗<br>___<br>___<br>✗ | U.S. MAIL<br>HAND-DELIVERED<br>OVERNIGHT MAIL<br>TELECOPY (FAX) |
| Bruce P. Keller, Esq.<br>Debevoise & Plimpton<br>919 Third Avenue<br>New York, New York 10022 | ✗<br>___<br>___<br>✗ | U.S. MAIL<br>HAND-DELIVERED<br>OVERNIGHT MAIL<br>TELECOPY (FAX) |
| James D. Cashel, Esq.<br>Montgomery, McCracken, et al.<br>The Fidelity Building<br>123 South Broad Street<br>Philadelphia, PA 19109 | ✗<br>___<br>___<br>✗ | U.S. MAIL<br>HAND-DELIVERED<br>OVERNIGHT MAIL<br>TELECOPY (FAX) |
| Jeffrey D. Neumeyer, Esq.<br>Boise Cascade Corporation<br>1111 West Jefferson, P.O. Box 50<br>Boise, Idaho 83728 | ✗<br>___<br>___<br>✗ | U.S. MAIL<br>HAND-DELIVERED<br>OVERNIGHT MAIL<br>TELECOPY (FAX) |

_[signature]_