IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


COMMISSIONER OF PATENTS,
        Washington, D.C. 20231

DEAR COMMISSIONER:

      In compliance with Title 15, Chapter 22, U.S.C., §1116, you are advised that there was filed on the 3 day of May, 2002, in this court an action, No. 02-2677, entitled:

| | |
|---|---|
| NAME | CERTAINTEED CORPORATION |
| ADDRESS | 750 E. SWEDESFORD |
| | VALLEY FORGE, PA 19482 |

versus

| | |
|---|---|
| NAME | BOISE CASCADE CORPORATION |
| ADDRESS | 1111 W. JEFFERSON STREET |
| | BOISE, ID 83728 |

involving the following registered trademark(s):

U.S. TRADEMARK REG. NO. 2,390,753 FOR BUILDING SOLUTIONS

U.S. TRADEMARK REG. NO. 1,823,200 FOR THE MARK BUILDING SOLUTIONS (AND DESIGN).


Date <u>May 3, 2002</u>

                                              By:_____
                                              Inna Yukhananov, Deputy Clerk


civ649.frm