IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

O R D E R

**AND NOW**, this 16th day of October, 2002, by agreement of the parties, the deadlines are extended as follows:

1. Fact discovery - April 11, 2003.

2. Expert witness reports - April 25, 2003.

3. Expert witness depositions - May 20, 2003.

4. Rebuttal expert witness reports exchanged - June 16, 2003.

5. Rebuttal expert witness depositions - July 4, 2003.

6. Dispositive motions - July 11, 2003.

7. In all other respects the scheduling order of October 2, 2002 is hereby reaffirmed.

_____
William H. Yohn, Jr., Judge