## CERTIFICATE OF SERVICE

    I, Lynn Rzonca, an attorney, certify that a true and correct copy of the foregoing Plaintiff's Motion to Preclude Proposed Expert Report and Testimony of William Weilbacher along with supporting Memorandum was served on counsel as follows:

<u>Via Hand Delivery</u>:

David L. Grove, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

<u>Via Overnight Mail</u>:

Jeffrey D. Neumeyer, Esquire
Boise Cascade Corporation (Legal Department)
1111 West Jefferson Street
P.O. Box 50
Boise, ID  83728-0001

Ramsey Al-Salam, Esquire
Perkins Coie LLP
1201 Third Ave., Suite 4800
Seattle, WA 98101-3099.

_____
Lynn Rzonca

Dated:  May 13, 2003