IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION, | : | NO. 2:02-cv-02677-WY |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| BOISE CASCADE CORPORATION, | : | |
|     Defendant | : | |

<u>O R D E R</u>

AND NOW, this 7th day of July, 2003, it is hereby ORDERED that a settlement conference is scheduled before the undersigned for Monday, August 5, 2003, at 1:30 p.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


7/7/03 Copy via fax to:
Bruce P. Keller, Esq.; Wendy Lang Kaplowitz, Esq.
    Debevoise & Plimpton, New York, NY (212-521-7118)
Lynn E. Rzonca, Esq.; Richard Peirce, Esq.; Roberta Jacobs-Meadway, Esq.
    Ballard, Spahr, Andrews & Ingersoll, Phila., PA (215-864-8999)
David L. Grove, Esq.; James D. Cashel, Esq.
    Montgomery, McCracken, Walker & Rhoads, LLP, Phila., PA (215-772-7620)
Jeffrey D. Neumeyer, Esq., Boise, ID (208-384-4961)
Ramsey M. Al-Salam, Esq.; William D. Fisher, Esq.
    Perkins Coie, LLP, Seattle, WA (206-583-8500)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____    District Court Judge: _____

Jury _____    Non-Jury _____    Trial/Pool Date: _____

Counsel:
  Name         _____

  Address      _____

  Phone        _____   Fax _____

  Client       _____

Status of Discovery and Proposed Discovery Schedule: _____

_____

_____

Motions Pending:  _____

_____

_____

Case ready for trial on _____    Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____

_____

Prior Offers/Demands:  _____

_____

Special Comments:  _____

Attach Synopsis of Case (Limited to one page)