IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

O R D E R

**AND NOW**, this 8th day of August, 2003, upon consideration of the voluminous motion for summary judgment filed by defendant, **IT IS HEREBY ORDERED** that the trial scheduled for September 8, 2003 is **CONTINUED** pending disposition of the motion for summary judgment.

_____
William H. Yohn, Jr., Judge