IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

O R D E R

**AND NOW**, this 22nd day of August, 2003, upon consideration of plaintiff's motions to preclude the proposed testimony and expert report of Manny D. Pokotilow, Esquire, Tony Spaeth, Michael A. Stepnowski, Greg Brooks and William M. Weilbacher (Document Nos. 22, 23, 24, 25 and 26), **IT IS HEREBY ORDERED** that a Daubert evidentiary hearing, to the extent necessary, and oral argument on the motions is **SCHEDULED** for **September 8, 2003 at 10:00 a.m. in Courtroom 14-B**.

Plaintiff's counsel is directed to contact defendant's counsel to discuss which witnesses will be needed to testify at the hearings, the most efficient order in which the motions can be heard, and the approximate length of time needed for all testimony and oral argument. The parties shall advise the court by letter within ten days of the date hereof of the agreements reached with reference to these issues.

_____
William H. Yohn, Jr., Judge