IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

O R D E R

**AND NOW**, this 2nd day of September, 2003, after telephone conference with counsel, **IT IS HEREBY ORDERED** that the hearings and arguments scheduled for September 8, 2003 are **CONTINUED** until **September 17, 2003 at 10:00 a.m. in Courtroom 14-B to continue through September 18, 2003, if necessary**.

_____
William H. Yohn, Jr., Judge