IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

<u>O R D E R</u>

**AND NOW**, this 17th day of September, 2003, upon consideration of plaintiff's motion to preclude the expert report and proposed testimony of Michael A. Stepnowski (Document No. 24) and plaintiff's motion to preclude the expert report and proposed testimony of Tony Spaeth (Document No. 23), the response and replies thereto, and after hearing thereon, **IT IS HEREBY ORDERED** that the motions are **GRANTED IN PART** and **DENIED IN PART** as set forth on the record.

_____
William H. Yohn, Jr., Judge