IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

<u>O R D E R</u>

**AND NOW**, this 17th day of September, 2003, upon consideration of defendant's motion to preclude the proposed expert report and testimony of Mary Woodford (Document No. 49), the declaration of Ramsey M. Al-Salam in support of the motion, and Certainteed's opposition thereto, and after hearing thereon, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

_____
William H. Yohn, Jr., Judge