IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTAINTEED CORPORATION | : | CIVIL ACTION |
| V. | : | |
| BOISE CASCADE CORPORATION | : | NO. 02-2677 |

O R D E R

**AND NOW**, this 23rd day of September, 2003, upon consideration of plaintiff's motion to preclude the proposed testimony and expert report of Manny D. Pokotilow (Document No. 22), defendant's response and plaintiff's reply, and after oral argument before the undersigned, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

_____
William H. Yohn, Jr., Judge