IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTAINTEED CORPORATION            :        CIVIL ACTION

                        V.                        :

BOISE CASCADE CORPORATION        :        NO. 02-2677

O R D E R

**AND NOW**, this 20th day of April, 2004, due to the unavailability of counsel, **IT IS**

**HEREBY ORDERED** that the trial of this action is **CONTINUED** until **August 23, 2004 at 10:00**

**a.m.**


_____
                        William H. Yohn, Jr., Judge